UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MIRAGE APARTMENTS,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMIN WESSON, et al.,<br><br>    Defendants. | No.  2:14-cv-2203 MCE AC<br><br><br><br>ORDER |

Defendants, proceeding pro se, removed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On October 22, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 8.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

///

///

///

1

1. The findings and recommendations filed October 22, 2014, are adopted in full;

2. This action is remanded to the Kern County Superior Court; and

3. Plaintiff's motion to remand is denied as moot.

Dated: November 20, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2